

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the Interest of M.M.L.M., a child,

No. 11-21-00279-CV

\* From the 318th District Court
of Midland County,
Trial Court No. FM67615.

\* March 24, 2022

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.